Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*
Edgar Fuentes

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR FUENTES,** <br><br> Plaintiff, <br><br> v. <br><br> **STUBHUB, INC. and TRUEACCORD CORP,** <br><br><br> Defendants. | Case No.: 8:20-cv-01180-CJC-ADS <br><br><br><br> **NOTICE OF SETTLEMENT** |

//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to the putative class within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after November 2, 2020 for filing a request for dismissal.

Respectfully submitted,

Date: September 2, 2020                    **KAZEROUNI LAW GROUP, APC**

                                                        By: _s/ Yana A. Hart_
                                                            Yana A. Hart
                                                            *Attorneys for Plaintiff*