Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Edgar Fuentes

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR FUENTES,<br><br>Plaintiff,<br><br>v.<br><br>STUBHUB, INC. AND TRUEACCORD CORP,<br><br>Defendants. | Case No. 8:20-cv-01180-CJC-ADS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STUBHUB, INC, AND TRUEACCORD CORP, WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Plaintiff Edgar Fuentes ("Plaintiff") hereby moves to dismiss Defendants Stubhub, Inc. ("StubHub") and TrueAccord Corp ("TrueAccord"), (collectively referred to as "Defendants") from the above-entitled action with prejudice as to Plaintiff, and without prejudice as to the putative class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants StubHub and TrueAccord has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Therefore, the Court may proceed to dismiss Defendants StubHub and TrueAccord from the above-entitled action with prejudice as to Plaintiff, and without prejudice as to the putative class.

**KAZEROUNI LAW GROUP, APC**

Date: October 20, 2020

By: */s/Yana A. Hart*
Yana A. Hart, Esq.
*Attorneys for Plaintiff*